**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| TOMMY GONZALES, | ) Case No.: 1:13-cv-01976-SKO |
| Plaintiff, | ) **PLAINTIFF'S REQUEST TO AMEND CASE CAPTION; ORDER THEREON** |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Tommy Gonzales hereby requests that the Court amend the first name of plaintiff in the caption from "Tommay" to "Tommy" Gonzales. The Complaint was filed with plaintiff's correct name of Tommy Gonzales. The administrative record including Mr. Gonzales' application for benefits in particular bear out that the proper spelling of his name is Tommy Gonzales. AR 137.

The source of the confusion is counsel for plaintiff's misspelling of Mr. Gonzales' name as "Tommay" in the summons. Docket No. 4. Counsel apologizes to the Court for the mistake and the inconvenience that it has created. Counsel respectfully requests that amending of the caption to reflect the correct spelling of Mr. Gonzales' name, to wit, Tommy Gonzales.

DATE: August 13, 2014          Respectfully submitted,

-1-

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: ___/s/ *Young Cho*_____
    Young Cho
    Attorney for plaintiff TOMMY GONZALES

## ORDER

Pursuant to Plaintiff's request, the Clerk of the Court is DIRECTED to amend the caption of the electronic docket to reflect Plaintiff's name as "Tommy Gonzales."

IT IS SO ORDERED.

Dated: **August 21, 2014**        **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE